# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2013

## NO.  03-13-00611-CV

**United Central Control, Inc., Appellant**

**v.**

**Duncan & Boyd Jewelers of Austin, LLC; Valley Forge Ins. Co. as Subrogee of D&B; and Hanover Insurance Co., Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:   **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.